**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

DAJ

FILED
DECEMBER 5, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07 C 6867

In the Matter of                                                    Case Number:

SUSAN FERRARA, JOHN KRUGER, GENE MCDONALD,
MIRIAM HASKINS, DONALD and WANDA
MARTINDELL, ROBERT and MARLIANNA VIGIL
    v.
AMERIQUEST MORTGAGE COMPANY, AMC
MORTGAGE SERVICES, INC., ACC CAPITAL HOLDINGS

JUDGE KENDALL
MAGISTRATE JUDGE KEYS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SUSAN FERRARA, JOHN KRUGER, GENE MCDONALD, MIRIAM HASKINS,
DONALD and WANDA MARTINDELL, ROBERT and MARLIANNA VIGIL

| | |
|---|---|
| NAME (Type or print) | |
| Daniel M. Harris | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ Daniel M. Harris | |
| FIRM | |
| The Law Offices of Daniel Harris | |
| STREET ADDRESS | |
| 150 N. Wacker Drive, Suite 3000 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 1134345 | 312-960-1802 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |