DAJ

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
DECEMBER 5, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07 C 6867

In the Matter of                                                Case Number:

SUSAN FERRARA, JOHN KRUGER, GENE MCDONALD,
MIRIAM HASKINS, DONALD and WANDA
MARTINDELL, ROBERT and MARLIANNA VIGIL
  v.
AMERIQUEST MORTGAGE COMPANY, AMC
MORTGAGE SERVICES, INC., ACC CAPITAL HOLDINGS

**JUDGE KENDALL**
**MAGISTRATE JUDGE KEYS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SUSAN FERRARA, JOHN KRUGER, GENE MCDONALD, MIRIAM HASKINS,
DONALD and WANDA MARTINDELL, ROBERT and MARLIANNA VIGIL

| | |
|---|---|
| NAME (Type or print) | |
| Anthony Valach | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ Anthony Valach | |
| FIRM | |
| The Law Offices of Daniel Harris | |
| STREET ADDRESS | |
| 150 N. Wacker Drive, Suite 3000 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6285229 | 312-960-1803 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |