AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

SUSAN FERRARA, JOHN KRUGER, GENE MCDONALD,
MIRIAM HASKINS, DONALD and WANDA MARTINDELL,
ROBERT and MARLIANNA VIGIL

V.

AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., ACC CAPITAL HOLDINGS, AMERIQUEST MORTGAGE SECURITIES INC., DEUTSCHE BANK NATIONAL TRUST COMPANY in its own capacity and as Trustee for AMERIQUEST MORTGAGE SECURITIES TRUST 2006-R1, AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R3, AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R2, AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R1, AMERIQUEST MORTGAGE SECURITIES TRUST 2006-R1, AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R3, AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R1, WASHINGTON MUTUAL BANK, U.S. BANK, N.A. as Trustee for CITIGROUP MORTGAGE LOAN TRUST, SERIES 2006-AMC1, CITIGROUP MORTGAGE LOAN TRUST, SERIES 2006-AMC1

CASE NUMBER:

**07 C 6867**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE KENDALL
MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

AMERIQUEST MORTGAGE COMPANY
1100 Town and Country Road
Orange, CA 92868

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel Harris, Esq.
Anthony Valach, Esq.
The Law Offices of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**December 5, 2007**

**Date**

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 12/6/07 |
| NAME OF SERVER *(PRINT)*    Anthony Valach | TITLE Associate, The Law Offices of Daniel Harris | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant.  Place where served:  *National Registered Agents*
   200 W. Adams, 20th Floor, Chicago, IL 60606

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____12/6/07____    _____
              Date            *Signature of Server*

**The Law Offices of Daniel Harris**
**150 N. Wacker Dr., Suite 3000**
**Chicago, IL 60606**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

SUSAN FERRARA, JOHN KRUGER, GENE MCDONALD,
MIRIAM HASKINS, DONALD and WANDA MARTINDELL,
ROBERT and MARLIANNA VIGIL

V.

AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., ACC CAPITAL HOLDINGS, AMERIQUEST MORTGAGE SECURITIES INC., DEUTSCHE BANK NATIONAL TRUST COMPANY in its own capacity and as Trustee for AMERIQUEST MORTGAGE SECURITIES TRUST 2006-R1, AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R3, AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R2, AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R1, AMERIQUEST MORTGAGE SECURITIES TRUST 2006-R1, AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R3, AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R2, AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R1, WASHINGTON MUTUAL BANK, N.A. BANK, N.A. as Trustee for CITIGROUP MORTGAGE LOAN TRUST, SERIES 2006-AMC1, CITIGROUP MORTGAGE LOAN TRUST, SERIES 2006-AMC1

CASE NUMBER:

07 C 6867

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

JUDGE KENDALL
MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

AMC MORTGAGE SERVICES, INC
505 City Parkway West, Suite 100
Orange, CA 92868-2912

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel Harris, Esq.
Anthony Valach, Esq.
The Law Offices of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within          20          days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**December 5, 2007**

**Date**

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me[1] | DATE  12/6/07 |
|---|---|
| NAME OF SERVER *(PRINT)*  Anthony P. Valach, JR | TITLE  Associate, The Law Offices of Daniel Harris |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:  National Registered Agent

200 W. Adams, 20th Floor, Chicago, IL 60606

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/6/07
Date

Signature of Server

**The Law Offices of Daniel Harris**
**150 N. Wacker Dr., Suite 3000**
**Chicago, IL 60606**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.