IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN FERRARA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07 C 6867 |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, *et al.*, | ) | Judge Kendall |
| | ) | |
| | ) | Magistrate Judge Keys |
| Defendants. | ) | |
| | ) | |
| | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company (collectively, "Defendants"), by and through their attorneys, Dykema Gossett PLLC, move pursuant to Fed. R. Civ. P. 6(b) for an enlargement of time for Defendants to respond to Plaintiffs' Complaint. In support of their motion, Defendants state the following:

1. Plaintiffs filed their Complaint on December 5, 2007.

2. Defendants' response to the Complaint is due on December 26, 2007.

3. Counsel for the Defendants require additional time to properly investigate the allegations and formulate an appropriate response.

4. On December 20, 2007, counsel for Plaintiffs indicated that Plaintiffs do not oppose Defendants' request for an enlargement of time in which to answer or otherwise plead to the Complaint up to and including January 25, 2008.

WHEREFORE, Defendants request that this Court grant them an enlargement of time up to and including January 25, 2008, in which to respond to Plaintiffs' Complaint, and grant such further and additional relief as this Court deems just and appropriate.

Dated: December 21, 2007                     Respectfully submitted,

**AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., and DEUTSCHE BANK NATIONAL TRUST COMPANY**

By:   s/ Harry N. Arger
      Richard E. Gottlieb (rgottlieb@dykema.com)
      Harry N. Arger (harger@dykema.com)
      Renee L. Zipprich (rzipprich@dykema.com)
      Michelle B. Fisher (mfisher@dykema.com)
      DYKEMA GOSSETT PLLC
      10 South Wacker Drive, Suite 2300
      Chicago, IL 60606
      Phone: 312-876-1700
      Fax:    312-627-2302

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I electronically filed **Ameriquest Mortgage Company, AMC Mortgage Services, Inc.,** and **Deutsche Bank National Trust Company's Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Complaint** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

> **Anthony P. Valach, Jr.** (anthonypvalach@sbcglobal.net)
> **Daniel Mark Harris** (lawofficedh@yahoo.com)
> The Law Offices of Daniel Harris
> 150 North Wacker Drive
> Suite 3000
> Chicago, IL 60606
> (312) 960-1803

> s/ Irina V. Frye

CHICAGO\2408721.1
ID\IVF