**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SUSAN FERRARA, *et al.*,   )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiffs,　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　)　　No. 07 C 6867<br>　　　　　　　　　　　　　　　　)<br>AMERIQUEST MORTGAGE COMPANY, )　　Judge Virginia M. Kendall<br>*et al.*,　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendants.　　)　 | |

**NOTICE OF MOTION**

**TO:**　**Anthony P. Valach, Jr.
Daniel Mark Harris**
The Law Offices of Daniel Harris
2150 North Wacker Drive, Suite 3000
Chicago, IL 60606

　　**PLEASE TAKE NOTICE** that on **Monday, January 7, 2008,** at **9:00 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Virginia M. Kendall** or any judge sitting in her stead in **Room 2319** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois and shall present the **Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint**.

Dated: December 21, 2007　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**AMERIQUEST MORTGAGE COMPANY,
　　　　　　　　　　　　　　　　　　AMC MORTGAGE SERVICES, INC.,
　　　　　　　　　　　　　　　　　　and DEUTSCHE BANK NATIONAL TRUST
　　　　　　　　　　　　　　　　　　COMPANY**

　　　　　　　　　　　　　　　By:　s/ Harry N. Arger
　　　　　　　　　　　　　　　　　　Richard E. Gottlieb (rgottlieb@dykema.com)
　　　　　　　　　　　　　　　　　　Harry N. Arger (harger@dykema.com)
　　　　　　　　　　　　　　　　　　Renee L. Zipprich (rzipprich@dykema.com)
　　　　　　　　　　　　　　　　　　Michelle B. Fisher (mfisher@dykema.com)
　　　　　　　　　　　　　　　　　　DYKEMA GOSSETT PLLC
　　　　　　　　　　　　　　　　　　10 South Wacker Drive, Suite 2300
　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　Phone: 312-876-1700
　　　　　　　　　　　　　　　　　　Fax:　　312-627-2302

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I electronically filed **Notice of Ameriquest Mortgage Company, AMC Mortgage Services, Inc.,** and **Deutsche Bank National Trust Company's Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Complaint** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

>**Anthony P. Valach, Jr.** (anthonypvalach@sbcglobal.net)
>**Daniel Mark Harris** (lawofficedh@yahoo.com)
>The Law Offices of Daniel Harris
>150 North Wacker Drive
>Suite 3000
>Chicago, IL 60606
>(312) 960-1803

s/ Irina V. Frye

CHICAGO\2408724.1
ID\IVF