IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN FERRARA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07 C 6867 |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, *et al.*, | ) | Judge Kendall |
| | ) | |
| | ) | Magistrate Judge Keys |
| Defendants. | ) | |
| | ) | |
| | ) | |

**FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule LR3.2 of the Local General Rules, defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company state as follows:

1. Ameriquest Mortgage Company and AMC Mortgage Services, Inc. are each indirect wholly owned subsidiaries of Ameriquest Capital Corporation.

2. No publicly held corporation owns 10% or more of the stock of Ameriquest Capital Corporation.

3. Deutsche Bank National Trust Company is a wholly owned indirect subsidiary of Deutsche Bank AG.

4. No publicly held corporation owns 10% or more of the stock of Deutsche Bank AG.

Dated: December 21, 2007    Respectfully submitted,

**AMERIQUEST MORTGAGE COMPANY,
AMC MORTGAGE SERVICES, INC.,
and DEUTSCHE BANK NATIONAL TRUST
COMPANY**

By:  s/ Harry N. Arger
Richard E. Gottlieb (rgottlieb@dykema.com)
Harry N. Arger (harger@dykema.com)
Renee L. Zipprich (rzipprich@dykema.com)
Michelle B. Fisher (mfisher@dykema.com)
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Phone: 312-876-1700
Fax:    312-627-2302

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2007, I electronically filed **Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company's Federal Rule 7.1 and Local Rule 3.2 Disclosure Statement** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

>**Anthony P. Valach, Jr.** (anthonypvalach@sbcglobal.net)
>**Daniel Mark Harris** (lawofficedh@yahoo.com)
>The Law Offices of Daniel Harris
>150 North Wacker Drive
>Suite 3000
>Chicago, IL 60606
>(312) 960-1803

>　　　　　　　　s/ Irina V. Frye　　　　　　　　

CHICAGO\2408717.1
ID\IVF