# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Susan Ferrara, et al.

Plaintiff,

v.                                              Case No.: 1:07–cv–06867

Honorable Virginia M. Kendall

AmeriQuest Mortgage Company, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 27, 2007:

     MINUTE entry before Judge Virginia M. Kendall : Defendants' Motion for extension of time to answer [14] is granted. Defendants may answer or otherwise respond to the complaint by 1/25/2008. The hearing date noticed for said motion is stricken; no appearance is required. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.