**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Susan Ferrara, et al.
                                        Plaintiff,

v.                                                                  Case No.: 1:07–cv–06867
                                                                              Honorable Virginia M. Kendall

AmeriQuest Mortgage Company, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 18, 2008:

      MINUTE entry before Judge Virginia M. Kendall : The Status hearing previously set for 1/24/08 is reset to 2/7/2008 at 09:00 AM. Status Report due by 2/4/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.