UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Susan Ferrara, et al.
                              Plaintiff,
v.                                                Case No.: 1:07−cv−06867
                                                  Honorable Virginia M. Kendall
AmeriQuest Mortgage Company, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 23, 2008:

MINUTE entry before Judge Virginia M. Kendall : On 1/22/2008, Judge Marvin E. Aspen issued an order [1898] granting the parties' Motion to reassign this case as part of MDL 1715 (05 C 7097). Any pending hearing dates before Judge Kendall, including the 2/7/2008 Status hearing, are stricken pending reassignment of this case to Judge Aspen's docket. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.