AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SUSAN FERRARA, JOHN KRUGER, GENE MCDONALD, MIRIAM HASKINS, DONALD and WANDA MARTINDELL, ROBERT and MARLIANNA VIGIL

V.

AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., ACC CAPITAL HOLDINGS, AMERIQUEST MORTGAGE SECURITIES INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, in its own capacity and as Trustee for AMERIQUEST MORTGAGE SECURITIES TRUST 2006-R1; AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R3; AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R2; AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R11; AMERIQUEST MORTGAGE SECURITIES TRUST 2006-R1; AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R3; AMERIQUEST MORTGAGE SECURITIES INC., ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R11; WASHINGTON MUTUAL BANK; U.S. Bank, N.A. as Trustee for CITIGROUP MORTGAGE LOAN TRUST SERIES 2006-AMC1; CITIGROUP MORTGAGE LOAN TRUST SERIES 2006-AMC1

CASE NUMBER: 07-6867

ASSIGNED JUDGE: Judge Kendall

DESIGNATED MAGISTRATE JUDGE: Judge Keys

TO: (Name and address of Defendant)

Ameriquest Mortgage Securities, Inc.
1100 Town & Country Road
Orange, CA 92868

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel Harris
Anthony Valach
The Law Offices of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

FEB - 5 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2/13/2008 |
| NAME OF SERVER (PRINT) Surya Von Rosen | TITLE Authorized to Accept |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
  c/o National Registered Agents, Inc. - 2030 Main Street, Suite 1030, Irvine, CA 92614
  Served to Dena LaPorta - Authorized to Accept on Behalf of Agent

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/13/2008
                Date              *Signature of Server*

29 Cerrito, Irvine, CA 92612
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.